**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-1420**

———————

GREGORY T. CHRISTIAN,

Plaintiff - Appellant,

versus

CITY OF GREENVILLE, SOUTH CAROLINA,

Defendant - Appellee.

———————

Appeal from the United States District Court for the District of South Carolina, at Greenville. Terry L. Wooten, District Judge. (CA-01-605-6-25AK)

———————

Submitted: June 12, 2003          Decided: June 17, 2003

———————

Before WIDENER, LUTTIG, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Gregory T. Christian, Appellant Pro Se. Christine Merritt Gantt, HAYNSWORTH SINKLER BOYD, P.A., Greenville, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gregory T. Christian appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Christian v. City of Greenville, No. CA-01-605-6-25AK (D.S.C. Mar. 13, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2